# EXHIBIT "B"



VIA CERTIFIED MAIL
RETURN RECEIPT #70160600000044313566

September 26, 2019

Lee Dunphy
Acadiana Rubber & Gasket Co.
102 E Simcoe St
Lafayette, LA 70501

RE:   **Defective hose clamps**

Dear Mr. Dunphy:

I am writing on behalf of Birla Carbon U.S.A., Inc. ("Birla Carbon") to formally demand that Acadiana Rubber & Gasket Co. ("Acadiana") compensate Birla Carbon for costs and damages suffered in connection with your supply of defective filter bag clamps to Birla Carbon's North Bend plant.

Birla Carbon placed purchase order no. 2200014622 (the "Purchase Order") with Acadiana on June 13, 2019. A copy of the Purchase Order is enclosed in this letter. In the Purchase Order, Birla Carbon ordered 500 stainless steel hose clamps manufactured by Ideal Tridon (Ideal Tridon part no. 550-072, hereafter referred to as the "Tridon Clamps"). The Tridon Clamps were selected because Birla Carbon knows from experience that the Tridon Clamps perform well in our manufacturing environment. However, instead of the Tridon Clamps, Acadiana delivered hose clamps manufactured by DuPage Products (the "DuPage Clamps"). The DuPage Clamps are visually identical to the Tridon Clamps and were delivered in packaging virtually identical to previous deliveries of Tridon Clamps.

Upon receipt, Birla Carbon installed the DuPage Clamps on its vapor bag collectors on August 22, 2019. Four days later, on August 26, 2019, the DuPage Clamps failed. The failure caused the filter bags to fall into the hopper of the bag collector, jamming the discharge rotary airlock, stopping production, and causing a carbon black spill at the North Bend Plant. A picture of the failed DuPage Clamps and a picture of the resulting spill are enclosed in this letter. Birla Carbon spoke with its Acadiana account manager, James Helm, on August 27, 2019. James told Birla Carbon personnel that the DuPage Clamps are made of inferior materials and lack the tensile strength to perform in Birla Carbon's operating environment. He speculated that Acadiana's warehouse personnel had mistakenly shipped Birla Carbon the DuPage Clamps due to their identical appearance.

The failure of the DuPage Clamps resulted in 67.88 hours of downtime between August 26 and August 28, 2019 at the North Bend plant as Birla Carbon worked as quickly as

Birla Carbon
Birla Carbon U.S.A., Inc.
Headquarters and Technology Center
1800 West Oak Commons Court
Marietta, Georgia 30062-2253

Telephone: 770.792.9400
Fax:            770.792.9328

Website: www.birlacarbon.com

possible to clean up the resulting carbon black spill, repair the resulting damage, and return the plant to normal operations. The downtime resulted in lost production of 1,105,900 lbs. of carbon black valued at $328,607.00. In addition, Birla Carbon incurred labor costs in the amount of $119,564.36 during the shutdown, cleanup, repair, and restart of the affected units, as well as related costs for materials and supplies required for the repairs, and disposal of the spilled carbon black.

Birla Carbon and Acadiana signed terms and conditions governing Birla Carbon's purchases of Acadiana's products on June 12, 2019 (the "Terms"). A copy of the Terms is included in this letter. In the Terms, Acadiana warranted that all goods would (i) be free from defects, (ii) meet the specifications agreed by the parties, and (iii) be fit for Birla Carbon's intended purposes. The DuPage Clamps violated all of these warranties. The DuPage Clamps failed after only a few days of use because, as Acadiana itself informed Birla Carbon, the DuPage Clamps are made of inferior materials and lack the tensile strength to perform in Birla Carbon's plant. Clearly, they were defective and unfit for Birla Carbon's intended purposes. They also failed to meet agreed specifications, as Birla Carbon ordered clamps manufactured by Ideal Tridon, and Acadiana delivered inferior clamps manufactured by DuPage Products.

Birla Carbon is prepared to institute legal proceedings against Acadiana for breach of contract and breach of warranty. However, Birla Carbon is willing to settle its claims against Acadiana in exchange for a payment in the amount of $458,959.27. This settlement figure represents the purchase price plus the additional damages that Birla Carbon suffered through lost production and labor costs while restoring our plant to normal business operations. This settlement offer will remain open for thirty (30) days. If you fail to accept this offer, then Birla Carbon will seek all remedies available to it under the law, and is prepared to institute legal proceedings against Acadiana for breach of contract and breach of warranty. If successful, we expect to recover damages in the form of the recovery of the purchase price, repair costs, labor costs, and lost production, as well as interest and attorney's fees.

The foregoing represents a good faith effort to compromise a dispute, and is not admissible as evidence in the trial of this matter.

I look forward to hearing from you shortly.

Sincerely,

Andrew S. Bauer., Esq.
Corporate Counsel


Enclosures